PEOPLE V RICHARD ARNOLD, No. 151454; Court of Appeals No. 324489.

PEOPLE V DAVENPORT, No. 151549; Court of Appeals No. 325140.

PEOPLE V HANNEMAN, No. 151639; Court of Appeals No. 326101.

PEOPLE V BOUGHNER, No. 151664; Court of Appeals No. 325317.

SALEM SPRINGS, LLC V SALEM TOWNSHIP, No. 152455; reported below: 312 Mich App 210.

SCHOENECKERS, INC V DEPARTMENT OF TREASURY, No. 152522; Court of Appeals No. 321033.

PEOPLE V MCGINNIS, No. 152558; Court of Appeals No. 320629.

PEOPLE V HARBIN, No. 152660; Court of Appeals No. 322857.

PEOPLE V WINRICK, No. 153293; Court of Appeals No. 329541.

*Leave to Appeal Denied June 3, 2016:*

*In re* HELGE, No. 153705; Court of Appeals No. 329082.